UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Laura Patricia Heras,
Debtor

Wells Fargo Bank, N.A.,

VS.

Laura Patricia Heras

CHAPTER 7
CASE NO. 21-11005-FJB

## MOTION FOR RELIEF FROM STAY

To the Honorable Frank J. Bailey:

Wells Fargo Bank, N.A., your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. §362 and respectfully represents:

1. The movant has a mailing address of Wells Fargo Bank, N.A., MAC N9286-01Y Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-9790.

2. Lauara Patricia Hearas ("Debtor") has a mailing address of 20 Laura Rd, Waban, MA 02468-2163.

3. On July 8, 2021, the Debtor filed a petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts. The case was converted under Chapter 7 of the United States Bankruptcy Code on August 31, 2021.

4. The movant is the holder of a mortgage on real estate in the original amount of $520,000.00 given by Laura Heras, Trustee of the Heras Family Real Estate Trust, U/D/T dated 1/30/98 to Wells Fargo Bank, N.A. on or about October 16, 2008. Said mortgage is recorded in the Middlesex County Registry of Deeds at Book 51825, Page 465 and covering the premises located at 20 Laura Rd, Waban, MA 02468.

5. Said mortgage secures an Equity Line Account Agreement given by Laura Heras, Trustee of the Heras Family Real Estate Trust, U/D/T dated 1/30/98 and Nicholas Heras, Jr. to Wells Fargo Bank, N.A. in the original amount of $520,000.00. Wells Fargo Bank, N.A., services the loan on the property referenced in

this motion for relief on behalf of Wells Fargo Bank, N.A.. Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly endorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

6. There is no other collateral securing the obligation.

7. Wells Fargo Bank, N.A. is the current holder of the mortgage, which has not been assigned. A copy of said mortgage and equity line agreement have been attached hereto as **Exhibit A.**

8. There is no Declaration of Homestead recorded.

9. As of November 10, 2021, approximately $537,788.10 in principal, interest, late fees and other charges was due with regard to Wells Fargo Bank, N.A.'s note and mortgage.

**10. According to the debtor's Statement of Intention, the subject property is being surrendered.**

11. There are the following encumbrances on the property:

| Name of Creditor | Type of Lien | Amount Owed |
|---|---|---|
| Movant | Equity Line | $537,788.10 |
| Maine Capital Group | Mortgage | $187,000.00 |
| Newmarket Triangle LLC | Mortgage | $21,482,223.40 |
| Select Portfolio Servicing, Inc. | Mortgage | $1,446,093.00 |
| Total Secured Encumbrances: | | $23,653,104.50 |

12. According to the debtor's schedules, the fair market value of the subject property is $3,426,900.00. The liquidation value of the subject property is $3,205,159.34, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps $15,626.66 and anticipated costs incurred for a real estate closing of $500.00.

13. The note and mortgage are in default for the September 20, 2019 payment, and all payments thereafter.

14. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

    I.    Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the debtor is in default on said contractual obligations, the primary purpose of a Chapter 7 proceeding is to liquidate the assets of the debtor, there is no equity and the trustee has no motivation to liquidate the subject property;

    II.    Pursuant to 11 U.S.C. §362 (d)(2) on the basis that there is no equity in the subject property and, there being no reorganization in prospect, the property is not necessary for effective reorganization.

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the debtor and under applicable law; and (ii) that the Court order such other and further relief as may be just and proper.

                                        Respectfully submitted,
                                        **Wells Fargo Bank, N.A.**,
                                        By its Attorney
                                        /s/ Zoh Nizami
                                        Joseph Dolben
                                        BBO# 673113
                                        Zoh Nizami
                                        BBO# 697116
                                        Harmon Law Offices, P.C.
                                        PO Box 610389
                                        Newton Highlands, MA 02461
                                        (617)558-0500
                                        mabk@harmonlaw.com

Dated: November 17, 2021

If the debtor has been negatively impacted by COVID-19, the debtor may contact Wells Fargo Home Mortgage to discuss a personalized solution at 1-800-274-7025. Written attorney consent may be required to speak directly with the debtor about these options.

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>Laura Patricia Heras,<br>Debtor | Case No. 21-11005-FJB<br>Chapter 7 |
|---|---|

CERTIFICATE OF SERVICE

     I, Zoh Nizami, state that on   November 17, 2021 , I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of **Wells Fargo Bank, N.A.** using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Jesse Redlener
Jason Giguere
Reneau J. Longoria
Chaz R. Fisher
Christopher M. Candon
Lee Harrington
Eric K. Bradford
Thomas S. Vangel
John O. Desmond
Harold B. Murphy
Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Nicholas Heras
20 Laura Road
Waban, MA 02468

Laura Patricia Heras
20 Laura Rd.
Waban, MA 02468

Newton Assessors Office
1000 Commonwealth Avenue #116
Newton Centre, MA 02459

Maine Capital Group
4 City Center
Portland, ME 04101

Newmarket Triangle LLC
28 State Street, 22nd Fl.
co Sheehan Phinney Bass & Green

Boston, MA 02111

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

                                   Respectfully submitted,
                                   **Wells Fargo Bank, N.A.**,
                                   By its Attorney
                                   /s/ Zoh Nizami
                                   Joseph Dolben
                                   BBO# 673113
                                   Zoh Nizami
                                   BBO# 697116
                                   Harmon Law Offices, P.C.
                                   PO Box 610389
                                   Newton Highlands, MA 02461
                                   (617)558-0500
                                   mabk@harmonlaw.com

Dated: November 17, 2021