UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Laura Patricia Heras
                    Debtor.

Chapter 7

Case No.   21-11005-FJB

## NOTICE OF ABANDONMENT

TO:  United States Trustee, Debtor, and Parties in Interest

Notice is hereby given, pursuant to 11 U.S.C. 554 of the Bankruptcy Code that the Trustee of the above named Debtor's estate intends to abandon the following property:

| SCHEDULE REFERENCE | PROPERTY DESCRIPTION | VALUE STATED BY DEBTOR | EXEMPTION IN THIS ITEM TO WHICH TRUSTEE FINDS DEBTOR ENTITLED | TOTAL AMOUNT OF SECURED CLAIMS |
|---|---|---|---|---|
| A/B | Real Property located 20 Laura Road, Waban, MA Owned by Heras Family Real Estate Trust | $3,426,900 | $500,000 | $23,164.000 |

| LIEN HOLDER NAME & ADDRESS | AMOUNT OF SECURED PARTY'S CLAIM | TRUSTEE'S ESTIMATE OF VALUE & SOURCE | VALUE TO ESTATE |
|---|---|---|---|
| Select Portfolio Servicing P. O. Box 65250 Salt Lake City, UT 84165 | Mortgage $1,446,000 | $3,200,000 Broker's Price Opinion prepared by Alicia Abu | None |
| Wells Fargo 420 Montgomery Street San Francisco, CA 94104 | Mortgage $531,000 | | |
| Newmarket Triangle Sheehan Phinney Bass & Green 28 State Street, 22nd Floor Boston, MA 02109-5710 | Mortgage $21,000,000 | | |
| Main Capital Group 4 City Center Portland, ME 04101 | Mortgage 187,000 | | |

<u>REASONS FOR ABANDONMENT</u>

The trustee believes there is no equity over the existing liens.  There would be no benefit to the estate if the trustee sold the property.

OBJECTIONS to abandonment should be filed in writing in the Clerk's office, U. S. Bankruptcy Court, 5 Post Office Square, Suite 1000, Boston, MA 02222-1074 within fourteen (14) days of the mailing of this notice. See Fed R.  Bankr. P. 6007 and MLBR 6007-1.  A copy of any objection should also be sent by first class mail, postage prepaid, to the trustee at the address listed below.

Dated:  December 14, 2021

/s/ John O. Desmond
_____
John O. Desmond  (BBO 554580)
CHAPTER 7 TRUSTEE
5 Edgell Road, Suite 30A
Framingham, MA 01701
Telephone (508) 879-9638

CERTIFICATE OF SERVICE

December 14, 2021

I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing NOTICE OF ABANDONMENT were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

Eric K. Bradford on behalf of Assistant U.S. Trustee John Fitzgerald
Eric.K.Bradford@USDOJ.gov

Christopher M. Candon on behalf of Creditor Newmarket Triangle, LLC
ccandon@sheehan.com, ntoli@sheehan.com

John O. Desmond
trustee@jdesmond.com, jdesmond@ecf.axosfs.com

Chaz R. Fisher on behalf of Creditor Newmarket Triangle, LLC
Chaz@FisherLegalPA.com,
chazfisher@hotmail.com;fishercr98400@notify.bestcase.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Jason Giguere on behalf of Creditor Wells Fargo Bank, N.A.,
bankruptcyNE@orlans.com, ANHSOrlans@InfoEX.com

Lee Harrington on behalf of Debtor Laura Patricia Heras lh@ascendantlawgroup.com

Reneau J. Longoria on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of WaMu Mortgage Pass-Through Certificates, Series 2006-AR14
rjl@dgandl.com, mbd@dgandl.com;bs@dgandl.com;mp@dgandl.com

Reneau J. Longoria on behalf of Creditor U.S. Bank National Association, as Trustee Successor in interest to Bank of America, National Association as Trustee Successor by merger to LaSalle Bank, National Association as Trustee for WAMU Mortg
rjl@dgandl.com, mbd@dgandl.com;bs@dgandl.com;mp@dgandl.com

Jesse I. Redlener on behalf of Debtor Laura Patricia Heras
jredlener@ascendantlawgroup.com


Thomas S. Vangel on behalf of Trustee John O. Desmond tvangel@murthalaw.com


/s/ John O. Desmond

_____
John O. Desmond

Bank of America
PO Box 982284
El Paso, TX 79998-2284

Boston Childrens Hospital
Attn: Patient Accounting
PO Box 415286
Boston, MA 02241-5286

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Carla Guidici
10 Francis Street
Watertown, MA 02472-2903

Department of Treasury
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346
preferred

Jesse I. Redlener
Ascendant Law Group LLC
2 Dundee Park Drive
Suite 102
Andover, MA 01810-3725

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901

Laura Patricia Heras
20 Laura Road
Waban, MA 02468-2163

Lee Harrington
Ascendant Law Group
2 Dundee Park Drive
Suite 102
Andover, MA 01810-3725

Maine Capital Group
4 City Center
Portland, ME 04101-6427

Mass. Dept. of Revenue
Attn: Bankruptcy Unit
P O Box 9564
Boston MA 02114-9564

Massachusetts Dept. of Unemployment Assistan
19 Staniford Street
Boston, MA 02114-2502

Mercedes-Benz Financial Services
Attn: Bankruptcy
Po Box 685
Roanoke, TX 76262-0685

National Grid
300 Erie Blvd W.
Syracuse, NY 13202-4250

National Grid
300 Erie Blvd West
Syracuse, NY 13202-4250

National Grid
PO Box 11737
Newark, NJ 07101-4737

Newmarket Triangle LLC
Sheehan Phinney Bass & Green
28 State Street, 22nd Floor
Boston, MA 02109-5710

Newmarket Triangle, LLC
c/o Fisher Legal PA
217 Hanover Street
Suite 184
Boston
Boston, MA 02113-3000

Newton Water & Sewer/Utilities Div.
1000 Commonwealth Ave
Newton Center, MA 02459-1449

Nicholas Heras
20 Laura Road
Waban, MA 02468-2163

Nissan Motor Acceptance Corp/Infiniti
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266-0360

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bank National Association
c/o Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915-6107

U.S. Trustee Payment Center
P.O. Box 6200-19
Portland, OR 97228-6299

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104-1298

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-1663